UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER RENEE HARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:17-CV-484-D** |
| NANCY A. BERRYHILL, Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R
[D.E. 21] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 15] is
DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED,
defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on December 5, 2018, and Copies To:**
Jonathan Howell Winstead                              (via CM/ECF electronic notification)
Kathleen C. Buckner                                        (via CM/ECF electronic notification)

DATE:                                                  PETER A. MOORE, JR., CLERK
December 5, 2018                                (By)  /s/ Nicole Sellers
                                                        Deputy Clerk